# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KELLY CARRUTHERS,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES L. PEFANIS<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:09-cv-2329-RGV |

## CONSENT JUDGMENT AND ORDER

Defendant James L. Pefanis having consented to entry of a judgment against him and in favor of plaintiff Kelly B. Carruthers in the amount of $35,000.00 for the intentional torts of assault and battery, [Doc. 84], it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the consent judgment be entered, and the Clerk is **DIRECTED** to close this case as to defendant James L. Pefanis.

**SO ORDERED**, this 12th day of September, 2011.

_Russell G. Vineyard_
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE